No. 70–154.   Pruett v. Texas et al.   Ct. Crim. App.
Tex.   Certiorari denied.

No. 70–5165.   Meade v. Slayton, Penitentiary
Superintendent.   C. A. 4th Cir.   Certiorari denied.

No. 70–5166.   Haire v. Sarver, Corrections Com-
missioner.   C. A. 8th Cir.   Certiorari denied.   ■

No. 70–5178.   Royster v. New Jersey.   Sup. Ct.
N. J.   Certiorari denied.

No. 70–5180.   Hinkle v. Smith, Governor of Texas,
et al.   C. A. 5th Cir.   Certiorari denied.

No. 70–5187.   Riley v. New Jersey.   C. A. 3d Cir.
Certiorari denied.

No. 70–5204.   Streets v. Wainwright, Corrections
Director.   C. A. 5th Cir.   Certiorari denied.

No. 70–5208.   Keyes v. Illinois.   C. A. 7th Cir.
Certiorari denied.

No. 70–5217.   Heath v. Arkansas.   Sup. Ct. Ark.
Certiorari denied.

No. 70–5220.   Jacobs et al. v. Tennessee.   Sup. Ct.
Tenn.   Certiorari denied.

No. 70–5229.   Golden v. United States.   C. A. 8th
Cir.   Certiorari denied.

No. 70–5246.   Johnson v. New York.   Ct. App.
N. Y.   Certiorari denied.